UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

S3G Technology LLC
Plaintiff

v.                                                                  Civ. No. 2:25-cv-00172-JRG-RSP

Dollar Tree Stores, Inc.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   Defendant Dollar Tree Stores, Inc.

Date Party's answer was previously due:   03/06/2025

Date Party's answer is now due (must not exceed 45 days after original due date):   04/07/2025

Date: 03/06/2025         /s/ Neil J. McNabnay
                         Full Name: Neil J. McNabnay
                         State Bar No.: 24002583
                         Address: 1717 Main Street, Suite 5000
                                  Dallas, Texas 75201

                         Phone: 214-747-5070
                         Fax: 214-747-2091
                         Email: mcnabnay@fr.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)