# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOLLAR TREE STORES, INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-172 (JRG-RSP)<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION TO DISMISS ALL CLAIMS AS TO DEFENDANT TEXAS ROADHOUSE, INC. WITH PREJUDICE

Plaintiff S3G Technology LLC, pursuant to Fed. R. Civ. P. 41(a)(1), hereby moves to dismiss all claims between Plaintiff and Defendant Texas Roadhouse Inc., WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED:  May 22, 2025

Respectfully Submitted,

By: */s/ Charles Ainsworth*
Charles Ainsworth
State Bar No.  00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: charley@pbatyler.com

**COUNSEL FOR PLAINTIFF S3G TECHNOLOGY LLC**

DATED: May 22, 2025    Respectfully Submitted,

**STINSON LLP**

By: /s/ B. Scott Eidson
B. Scott Eidson, #57757MO
(LEAD ATTORNEY)
Timothy D. Krieger, #57832MO
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone (314) 863-0800
Facsimile (314) 863-9388
scott.eidson@stinson.com
tim.krieger@stinson.com

**Attorneys for Defendant
Texas Roadhouse, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service are being served this 22nd day of May, 2025, with a copy of the document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH

## CERTIFICATE OF CONFERENCE

I certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and jointly file this stipulated motion.

*/s/ Charles Ainsworth*
CHARLES AINSWORTH